**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-cr-00417-AWI |
| Plaintiff, | **ORDER TERMINATING ATTORNEY FEE REIMBURSEMENT PAYMENTS AS TO PAUL VAN DALEN** |
| v. | |
| PAUL VAN DALEN, | |
| Defendant. | |
| _____/ | |

In an order by this Court dated April 19, 2013, Harry S. Stern was appointed to represent Defendant Paul Van Dalen pursuant to 18 U.S.C. § 3006A, based on a finding that Defendant Van Dalen was financially unable to retain counsel. Pursuant to § 3006A(f) the Court found that Defendant Van Dalen had funds available to make some payment. Accordingly, he was ordered to make payments to the Clerk of the Court for deposit in the Treasury as a reimbursement to the Criminal Justice Act appropriation.

That order is now hereby TERMINATED. Defendant Paul Van Dalen is no longer required to make payments to the Clerk of the Court on this matter.

IT IS SO ORDERED.

Dated:  June 24, 2014                                    _____
                                                                                 SENIOR DISTRICT JUDGE

1